1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  mgrajski@seyfarth.com
   Lindsay Fitch (SBN 238227)
3  lfitch@seyfarth.com
   Geoffrey C. Westbrook (SBN 281961)
4  gwestbrook@seyfarth.com
   400 Capitol Mall, Suite 2350
5  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
6  Facsimile:    (916) 558-4839

7  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
8

9  THE JAFFE LAW FIRM
   Stephen R. Jaffe (SBN: 49539)
10 Stephen.r.jaffe@jaffetriallaw.com
   101 California Street, Suite 2710
11 San Francisco, California  94111
   Telephone:    (415) 618-0100
12 Facsimile:    (415) 618-0080

13 Attorneys for Plaintiff
   LAURIE LINDSEY
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 LAURIE LINDSEY,                          Case No. 15-cv-03006-WHO

18            Plaintiff,                    **JOINT STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE DUE TO UNAVAILABILITY OF DEFENDANT'S LEAD TRIAL COUNSEL; ORDER**
19    v.

20 COSTCO WHOLESALE CORPORATION, a
   Washington Corporation; DOES 1-20, inclusive,
21
              Defendants.                    **Complaint Filed**: December 3, 2014
22

23     Plaintiff LAURIE LINDSEY and defendant COSTCO WHOLESALE CORPORATION, by and

24 through their counsel, submit the following stipulated request to reschedule the September 29, 2015

25 Initial Case Management Conference to November 3, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450

26 Golden Gate Avenue, San Francisco, CA 94102:

27     Whereas, Defendant's lead trial counsel, Mark Grajski and Lindsay Fitch, are unavailable on

28 September 29, 2015 due to a previously scheduled trial in another case.

                                            1

1  Whereas, Defendant's counsel obtained this Court's availability for a rescheduled Case
2  Management Conference following September 29, 2015.
3  Whereas, counsel for the parties met and conferred, and November 3, 2015 is the first available
4  date that works with the schedules of all parties and the Court without conflict.
5  Whereas, Defendant's counsel confirmed the Court is available to hold the rescheduled Case
6  Management Conference on November 3, 2015 at 2:00 p.m., as of the date of this filing.
7  NOW THEREFORE, the parties hereby stipulate and agree, as follows:
8  The parties agree that the Case Management Conference scheduled for September 29, 2015 be
9  rescheduled to November 3, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue,
10  San Francisco, CA 94102, or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 20, 2015                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By:  /s/ Geoffrey C. Westbrook
                                             Geoffrey C. Westbrook
                                             Mark P. Grajski
                                             Lindsay Fitch

                                        Attorneys for Defendant
                                        COSTCO WHOLESALE CORPORATION

DATED: July 20, 2015                    Respectfully submitted,

                                        THE JAFFE LAW FIRM


                                        By:  /s/ Stephen R. Jaffe
                                             Stephen R. Jaffe

                                        Attorney for Plaintiff
                                        LAURIE LINDSEY

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

The Case Management Conference originally scheduled for September 29, 2015 is rescheduled to November 3, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

DATED: July 22, 2015



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

3