1  THE JAFFE LAW FIRM
   Stephen R. Jaffe (Bar No. 49539)
2  stephen.r.jaffe@jaffetriallaw.com
   101 California Street, Suite 2710
3  San Francisco, California  94111
   Telephone:     (415) 618-0100
4  Facsimile:     (415) 618-0080

5  SINGER / BEA LLP
   Adam S. Cashman (Bar No. 255063)
6  acashman@singerbea.com
   David Jolivet (Bar No. 299181)
7  djolivet@singerbea.com
   601 Montgomery Street, Suite 1950
8  San Francisco, California  94111
   Telephone:     (415) 500-6080
9  Facsimile:     (415) 500-6080

10 Attorneys for Plaintiff Laurie Lindsey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE LINDSEY, an individual;<br><br>       Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE, a Washington Corporation, and/or DOES 1-20, inclusive;<br><br>       Defendant(s). | CASE NO. 15-CV-03006-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME TO EXCHANGE PRETRIAL MATERIALS AND EXPERT DISCOVERY CUTOFF**<br><br>Filing Date:          December 3, 2014<br>Pretrial Conference:  September 26, 2016<br>Trial Date:           October 24, 2016 |

Plaintiff Laurie Lindsey ("Plaintiff" or "Lindsey") and Defendant Costco Wholesale Corporation ("Defendant" or "Costco") filed a Stipulated Request for Order Changing Time to Exchange Pretrial Materials and Expert Discovery Cutoff on August 23, 2016.  The Parties have stipulated to extend the deadlines (i) to exchange the papers described in Civil L.R. 16-10(b)(7), (8), (9) and (10), and any motions in limine; (ii) to meet and confer with respect to preparation and content of the joint pretrial conference statement, resolution of any differences between the parties

1 regarding the preparation and content of the joint pretrial conference statement, and settlement; and
2 (iii) for the parties to complete expert discovery, as set in the Court's November 30, 2015 Civil
3 Pretrial Order (Dkt. 23) (the "Pretrial Order"), by five (5) business days, which would alter the
4 schedule set out in the Pretrial Order in the following ways:

- **Exchange of Pretrial Materials**: extend from August 29 to September 5, 2016 at 12 p.m. PST;
- **Meet and Confer Regarding Joint Pretrial Conference Statement**: extend from September 2 to September 8, 2016; and
- **Expert Discovery Cutoff**: extend from September 12 to September 19, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 24, 2016



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE