# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER**
Jean Moore

**2a. CONTACT PHONE NUMBER**
916-448-0159

**3a. CONTACT EMAIL ADDRESS**
ljmoore@seyfarth.com

**1b. ATTORNEY NAME (if different)**
Geoffrey Westbrook

**2b. ATTORNEY PHONE NUMBER**
916-448-0159

**3b. ATTORNEY EMAIL ADDRESS**
gwestbrook@seyfarth.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Seyfarth Shaw LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814

**5. CASE NAME**
Laurie Lindsey v. Costco Wholesale Corporation

**6. CASE NUMBER**
3:15-cv-03006-WHO

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) →** ☐ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☐ NON-APPEAL   ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF (web) | ACCESS ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/16 | WHO | TRIAL | Entire Trial | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:** We would like both the Full sized and condensed versions of the daily transcripts.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** [signature]

**12. DATE** October 5, 2016

**DISTRIBUTION:** ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

American LegalNet, Inc.
www.FormsWorkFlow.com