United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURIE LINDSEY,

             Plaintiff,

      v.

COSTCO WHOLESALE CORPORATION,

             Defendant.

Case No. 15-cv-03006-WHO

**ORDER FOR JURY REFRESHMENTS**

     IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the  eight members of the jury in the above-entitled matter beginning  **October 25, 2016  at 7:30 AM**,  for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

     IT IS SO ORDERED.

Dated: October 19, 2016

_____

WILLIAM H. ORRICK
United States District Judge