UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE LINDSEY,<br><br>        Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No. 3:15-cv-03006-WHO<br><br>**JUDGMENT ON THE JURY VERDICT IN FAVOR OF DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>Filing Date:  December 3, 2014<br>Trial Date:    October 24, 2016<br><br>Before The Hon. William H. Orrick |

      This action came on regularly for trial on October 24, 2016, in Courtroom 12 of the United States District Court for the Northern District of California, the Honorable William H. Orrick, Judge Presiding; plaintiff Laurie Lindsey appearing by attorneys Stephen R. Jaffe of The Jaffe Law Firm, and Adam S. Cashman, Kathryn K. Erno and Douglas S. Tilley, of Singer Bea, LLP; defendant Costco Wholesale Corporation appearing by attorneys Mark P. Grajski, Lindsay S. Fitch, and Geoffrey C. Westbrook of Seyfarth Shaw LLP.

      A jury of eight persons was regularly impaneled and sworn.  Witnesses were sworn and testified. Documents and other exhibits were offered and received into evidence, and arguments were presented on behalf of both parties.  At the close of the evidence, the Court dismissed Plaintiff's negligent hiring, supervision, and retention claim as duplicative of the FEHA harassment claim and confusing to the jury, and the Court agreed to give CACI Instruction No. 109 concerning the claim.  The jury was thereafter

instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned into the Court a unanimous verdict in Defendant's favor dated October 31, 2016.  A true and correct copy of the signed verdict form is attached hereto as **Exhibit A**.

  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

  Based on the verdict, plaintiff Laurie Lindsey has not prevailed on any claims brought in the lawsuit and shall take nothing.  Defendant Costco Wholesale Corporation is the prevailing party as to all claims in the lawsuit, and the Court may award Defendant allowable costs as permitted under NDCA Local Rule 54 and 28 U.S.C. §§ 1920 *et seq*.

  IT IS SO ORDERED AND ADJUDICATED.

Dated: November 4, 2016

           The Hon. William H. Orrick
           United States District Judge