FILED

OCT 31 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE LINDSEY,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-03006-WHO<br><br>**VERDICT FORM** |

When answering the questions below and filling out this Verdict Form, please follow the directions provided throughout the Form. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously find as follows:

1. On the first cause of action of the complaint, Harassment Based on Sex in Violation of the FEHA, do you find in favor of the Plaintiff or the Defendant?

    \_\_\_\_\_ Plaintiff   \_\_✓\_\_ Defendant

If you found in favor of the Plaintiff, proceed to questions 2 and 3. If you found in favor of the Defendant, stop here, answer no further questions, and have the jury foreperson sign and date this form.

2. On the second cause of action of the complaint, Failure to Take Steps to Prevent and Correct Harassment in Violation of the FEHA, do you find in favor of the Plaintiff or the Defendant?

    \_\_\_\_\_ Plaintiff   \_\_\_\_\_ Defendant

3. What are Ms. Lindsey's damages:

    a. Past economic loss: $_____

    b. Future economic loss: $_____

    c. Past noneconomic loss, including physical pain and/or mental suffering:

        $_____

    d. Future noneconomic loss, including any physical pain and/or mental suffering: $_____

TOTAL DAMAGES      $_____

\*    \*    \*

You have now reached the end of the Verdict Form. Please review it to ensure it accurately reflects your unanimous determination. The Presiding Juror should then sign and date the Verdict Form in the space below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Dated: _10/31/16_          By: _Ronnie Deitrick_

                                                             Presiding Juror